B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
For The District Of VIRGINIA
EASTERN (RICHMOND) Division

In re: Lacey Darrell Click and Ora Katherine Click,    Case No. 12-31009-DOT

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Deutsche Bank National Trust Company, solely as Trustee for Greenpoint Mortgage Funding Trust 2005-HE4 | GMAC Mortgage LLC successor by merger to GMAC Mortgage Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1100 Virginia Drive
Suite 175
Fort Washington, Pennsylvania  19034

Phone: (800) 850-4622
Last Four Digits of Acct #: 4613

Court Claim # (if known): 38
Amount of Claim: $44,691.88
Date Claim Filed: July 16, 2012

Last Four Digits of Acct. #: 4613

Name and Address where transferee payments should be sent (if different from above):

Ocwen Loan Servicing, LLC
Attn: Payment Processing
3451 Hammond Ave
Waterloo, Iowa 50702

Phone: (800) 850-4622

Last Four Digits of Acct #: 4613

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Abby K. Moynihan        Date: April 8, 2013
       VA Bar No: 79686
       Email: bankruptcyva@mwc-law.com
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.